June 1, 1984.

478 A.2d 53

Berretta, Appellant, v. City of Philadelphia.

Argued February 2, 1984.  Julius E. Fioravanti, for appellant;  Craig L. Thorpe, for appellee.

Before SPAETH, President Judge, and BECK and HOFFMAN, JJ.

Affirmed.